UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE No. 8:23-cr-32-KKM-TGW

ROBERT BIRCHUM

_____

## ORDER SETTING CONDITIONS OF RELEASE

This cause came on to be heard at the time of the defendant's initial appearance. The government agreed to the defendant being released on his own recognizance with conditions of release. It is, therefore, upon consideration,

ORDERED:

That the defendant shall abide by the following conditions of pretrial release:

1. The defendant shall report by telephone (813-225-7648 or 1-800-676-0125) every **Tuesday**, no later than **4:00 P.M.**, to the United States Pretrial Services Agency, Tampa Division.

2. The defendant must surrender his expired passport to Pretrial Services and shall not seek or obtain a new passport.

3. The defendant shall not travel outside the Middle District of Florida without the prior approval of the court.

4. The defendant must submit to a mental health evaluation and any treatment deemed necessary to include psychiatric medications and treatment with all cost to be borne by the defendant as directed by Pretrial Services.

6. The defendant shall not use or possess any firearms, dangerous weapons or destructive devices and shall not purchase any new firearms, dangerous weapons, or destructive devices.

Signed and agreed to by the defendant on this 2d day of February, 2023.

_____
Robert Birchum

The United States Marshal is hereby directed to **RELEASE** the defendant.

IT IS SO ORDERED.

DONE and ORDERED at Tampa, Florida, this 21st day of February, 2023.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

2