UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:23-cr-32-KKM-TGW

ROBERT BIRCHUM

_____

ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT

The defendant, Robert Birchum, entered a plea of guilty to Count One of the Information before Magistrate Judge Thomas G. Wilson on February 21, 2023. The Magistrate Judge issued a Report and Recommendation, recommending that the Court accept the plea of guilty and adjudge Robert Birchum guilty. As no timely objection appears, the following is **ORDERED**:

1. The Court adopts the Magistrate Judge's Report and Recommendation.

2. The Court adjudges Robert Birchum, guilty as to Count One of the Information.

3. The sentencing will occur on May 15, 2023, at 10:00 a.m. in Courtroom 13B of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800.

4. The Probation Office must file the final Presentence Investigation Report

no later than **fourteen (14) days** before the sentencing date.

5. Counsel must also file any motion for a continuance of sentencing no later than **fourteen (14) days** before the sentencing date. A motion for continuance must include a statement of the other party's support or opposition to the proposed continuance.

6. Counsel for both parties must file a sentencing memorandum setting forth that respective party's sentencing recommendation. The memoranda are due no later than **seven (7) days** before the sentencing date.

7. No later than **seven (7) days** before the sentencing date, counsel must notify the Deputy Clerk if a party is seeking an evidentiary sentencing hearing or if a party anticipates that the sentencing hearing will exceed thirty (30) minutes.

8. The Court notifies any defendant currently on pretrial release that, under 18 U.S.C. § 3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving **crimes of violence.**

**ORDERED** in Tampa, Florida, on March 8, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge