Exhibit 4



Career Day