UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CASE NO. 8:23-cr-32-KKM-TGW | DATE: May 15, 2023 |
| HONORABLE KATHRYN K. MIZELLE | Courtroom 13B |
| **UNITED STATES OF AMERICA** | Cherie Krigsman, AUSA |
| vs. | |
| **ROBERT BIRCHUM** | Christopher Roper, retained |
| COURT REPORTER: Bill Jones | DEPUTY CLERK: Gretchen O'Brien |
| INTERPRETER: n/a | PROBATION: Wilmarisa Martinez |
| TIME: 10:02 a.m.–12:17 p.m. | TOTAL: 2 hours, 15 minutes |

## CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

Court in session.

All parties are present in the courtroom and identified for the record.

Defendant sworn.

The defendant pleaded guilty to Count One of the Information.

The United States' oral motion for the third-point reduction for timely acceptance of responsibility is GRANTED.

The United States calls Sergeant Nicholas Jude for direct testimony.

Defense's cross-examination of Sergeant Jude

United States' re-direct examination of Sergeant Jude

The United States recommends a low-end guideline sentence of seventy-eight months imprisonment and a $25,000 fine.

The defendant requests a probationary sentence.

The Court continues the imposition of sentencing.

The parties are instructed to file no later than May 22, 2023, supplemental memoranda as to similar cases.

The sentencing is continued to June 1, 2023, at 1:30 p.m.