# Exhibit 1

| Defendant, District, Docket Number | Statutes Originally Charged | # of Documents (Charged/Relevant Conduct) Highest Classification | Sentence | Summary of Conduct |
|---|---|---|---|---|
| **TOP SECRET Information Cases – Average Prison Sentence: 49.8 Months** | | | | |
| Pho, Nghia Hoang<br><br>D. Md.<br>1:17cr631 | 18 U.S.C. 793(e) | Many – Exact # not specified<br><br>Top Secret | 66 months | From 2006 to 2016, Pho, an NSA employee, removed and retained U.S. government property, including documents and writings that contained NDI. This material was in both hard copy and digital form and was kept in several locations in Pho's residence in Maryland. |
| Martin, Harold Thomas<br><br>D. Md.<br>1:17cr69 | 18 U.S.C. 793(e) | 20<br>(large volume, approx. 50 Terabytes)<br><br>Top Secret | 108 months | Beginning in the late 1990s and continuing through August 2016, Martin, an NSA contractor, stole and retained U.S. government property, including classified documents, from secure locations and computer systems. Martin retained the vast quantity of stolen documents in both hard copy and digital form at his residence or in his vehicle. Rule 11(c)(1)(C) plea agreement. |
| Nirala, Mohan<br><br>E.D. Va.<br>1:16cr124 | 18 U.S.C. 793(e)<br>18 U.S.C. 1001 | 1<br>(538 pages and 20 documents)<br><br>Top Secret | 12 months and a day | Nirala was an employee at the National Geospatial-Intelligence Agency. A search of Nirala's home in 2014 recovered over 20 classified documents. Another search in 2016 recovered over 500 pages of classified documents that Nirala removed to support his claim that his employer unlawfully discriminated against him. Nirala pleaded guilty to willfully retaining a 47-page classified document. At sentencing, Nirala's lawyers argued that General David Petraeus avoided jail altogether after pleading guilty to a violation of 18 U.S.C. § 1924 (a misdemeanor at the time) and claimed that Petraeus's conduct was more serious than Nirala's. |
| Lesnik, Abraham<br><br>C.D. Ca.<br>2:08cr679 | 18 U.S.C. 793(e) | 11<br>(>2000)<br><br>Top Secret | Probation, 3 years<br><br>$25,000 fine | Lesnik, a 62 year-old Boeing aerospace engineer, possessed work-related classified documents in his personal residence. Ten documents were classified as Secret. One was Top Secret and concerned national defense satellite threat mitigation. The government asked for four-year sentence citing Lesnik's age and health issue (under seal). |

| Name | Statute | # Docs / Classification | Sentence | Description |
|---|---|---|---|---|
| Winner, Reality<br><br>S.D. Ga. 1:17cr34 | 18 U.S.C. 793(e) | 1<br><br>Top Secret | 63 months | Winner worked for 6 years in the Air Force and then took an NSA contractor job. A few months into her employment, she searched for, identified, and printed a classified intelligence report, containing national defense information, including sources and methods. She then sent the report to a news agency. Winner was charged with both retention and transmission under section 793(e). Rule 11(c)(1)(C) plea agreement. |
| **SECRET/CONFIDENTIAL Information Cases – Average Prison Sentence: 25.2 Months** | | | | |
| Serageldin, Ahmedelhadi Yassin<br><br>D. Mass., 1:18cr10436 | 18 U.S.C. 793(e) | 5<br><br>(>570)<br><br>Secret | 18 months<br><br>$10,000 fine | Serageldin, an engineer at Raytheon from 1997 until 2017, removed over 570 documents marked as containing SECRET classified information. The Superseding Information listed five specific documents, all of which pertain to U.S. military programs involving missile defense and are classified at the SECRET level. |
| Marshall, Weldon<br><br>S.D. Tx. 3:17cr1 | 18 U.S.C. 793(e) | Many – Exact # not specified,<br><br>Secret | 41 months | Marshall served in the U.S. Navy from approximately January 1999 to January 2004. He unlawfully retained classified items he obtained while serving in the Navy and while subsequently working for a military contractor, including documents describing U.S. nuclear command, control, and communications. Marshall downloaded those documents onto a compact disc and unlawfully stored the disc in a house he owned. Marshall also retained several hard drives containing classified information on ground operations in Afghanistan. |
| Saucier, Kristian<br><br>D. Ct. 3:15cr131 | 18 U.S.C. 793(e)<br>18 U.S.C. 1519 | 6 photographs<br><br>Confidential | 12 months | From September 2007 to March 2012, Petty Officer First Class Saucier served aboard the USS Alexandria, a Los Angeles-class nuclear attack submarine. On at least three separate dates in 2009, Saucier used the camera on his personal cellphone to take photographs of classified spaces, instruments and equipment of the USS Alexandria. After Saucier was interviewed by the FBI and NCIS in July 2012, he destroyed a laptop computer, a personal camera, and the camera's memory card. The court cited Saucier's relative youth as a factor. |

| Name | Statutes | Counts / Classification | Sentence | Description |
|---|---|---|---|---|
| Aquino, Michael Ray  D.N.J. 2:05cr00719 | 18 U.S.C. 371 18 U.S.C. 951 18 U.S.C. 2 | 2 (approx. 25)  Secret | 46 months | Aquino was an intelligence officer for the Philippines National Police. From January to September 2005, he unlawfully retained classified U.S. NDI relating to the Philippines that an FBI employee provided to him. He pleaded to a superseding information charging a violation of 18 U.S.C. § 793(e). The District Court originally calculated his guideline range pursuant to USSG §2M3.2 rather than §2M3.3 and imposed a sentence of 76 months. Aquino prevailed on appeal regarding the application of §2M3.2, and on remand, the District Court sentenced him to 46 months' imprisonment. |
| Lee, Wen Ho  D. N.M. 1:99cr1417 | 18 U.S.C. 793(c) 18 U.S.C. 793(e) 42 U.S.C. 2275 42 U.S.C. 2276 | 19  Secret | Time served (9 months) | Lee was assigned to the X Division at Los Alamos National Laboratory (LANL) as a hydrodynamicist/engineer and maintained a security clearance. From 1993-1994, he downloaded Restricted Data and classified information concerning nuclear weapons from the LANL computer system to ten 150-megabyte magnetic tapes and possessed 9 of these tapes outside the LANL secure environment. After being held in solitary confinement for nine months while the government unsuccessfully sought to prove that Lee had transmitted the information, Lee entered a guilty plea to § 793(e) and was released. |