UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CASE NO. 8:23-cr-32-KKM-TGW | DATE: June 1, 2023 |
| HONORABLE KATHRYN K. MIZELLE | Courtroom 13B |
| **UNITED STATES OF AMERICA** <br><br> vs. <br><br> **ROBERT BIRCHUM** | Cherie Krigsman, AUSA <br><br><br> Christopher Roper, Retained |
| COURT REPORTER: Bill Jones | DEPUTY CLERK: Kristin Carreon |
| INTERPRETER: n/a | PROBATION: Johanna Perez |
| TIME: 1:33 PM – 2:12 PM | TOTAL: 39 minutes |

## CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

This is a continuation of the Sentencing that began on May 15, 2023.

Court in session.

All parties are present in the courtroom and identified for the record. Special Agent Thuy Hibbitts is seated at counsel table.

Defendant sworn.

The Court hears from the parties regarding the supplemental memoranda filed on the docket. For the reasons stated on the record, the Court varied downward eight (8) levels.

The defendant pleaded guilty to Count One of the Information.

Imprisonment: **thirty-six (36) months.**

The Court recommends to the Bureau of Prisons:
1. Confinement at Coleman in Florida or, in the alternative, a facility located close to the Tampa Bay area to be near his family;
2. Evaluation for, and receipt of, proper and necessary mental health treatment

Supervised Release: **thirty-six (36) months.**

Mandatory and standard terms and conditions of supervised release apply.

Special Conditions:
1. The defendant shall participate in a mental health treatment program at the direction of the probation officer. Further, the defendant needs to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.
2. The defendant shall not engage in an occupation, business, profession, or volunteer activity that would require the defendant to communicate in any way, verbally, or in writing, including any electronic means of communication, information relating to classified subject areas to which the defendant was exposed while working for the United States Government without the prior approval of the Probation Officer.

The defendant must cooperate in the collection of his DNA as directed by the probation officer.

The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, the defendant must submit to random drug testing not to exceed 104 tests per year.

Fine: **$25,000**

While in Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if he has a non-Unicor job or (2) pay at least 50% of his monthly earnings if he has a Unicor job. Upon release from custody, the defendant is ordered to begin making payments of $500 per month and this payment schedule shall continue until such time as the Court is notified by the defendant or the government that there has been a material change in his ability to pay.

Special Assessment: **$100, due immediately**

Oral motion for voluntary surrender for service of sentence by Defendant.

Defendant's oral motion for voluntary surrender of service of sentence is granted, for the reasons stated on the record. All previously imposed terms and conditions of Defendant's Pretrial Release shall remain in full force and effect, with the added condition that Defendant shall report to his Pretrial Officer by telephone daily by no later than 4:00 P.M.

By 12:00 p.m. on July 17, 2023, the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons, as notified by the United States Marshal.

The defendant is advised of his right to appeal and to counsel on appeal.

| GUIDELINE RANGE DETERMINED AT SENTENCING (BEFORE DEPARTURES) | |
|---|---|
| Total Offense Level: | 28 |
| Criminal History Category: | I |
| Imprisonment Range: | 78–97 months |
| Supervised Release Range: | 1–3 years |
| Restitution: | n/a |
| Fine Range: | $25,000–$250,000 |
| Special Assessment: | $100 |