## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT BIRCHUM,<br><br>   Defendant | CASE NO.: 8:23-cr-32-KKM-TGW |

## DEFENDANT'S NOTICE OF APPEAL

The Defendant in the above styled and numbered cause, Robert Birchum, gives notice of appeal in this cause to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 1st day of June, 2023.

Respectfully Submitted,

**THE LAW OFFICE OF ERIC ROPER, P.A.**

/s/ *C. Eric Roper*
C. Eric Roper
Florida State Bar Number: 84619
301 W. Bay Street, Suite 1413
Jacksonville, FL 32202
Telephone: (904) 354-8775
Fax: (904) 779-3247
E-mail: eric@ericroperlaw.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on the 13th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to the counsel of record.

*/s/ C. Eric Roper*
C. Eric Roper
Attorney for the Defendant